# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

JOHNNY LARRY CRENSHAW, individually and
GLENDA WEBB, individually,

    Plaintiffs,

v.

CITY OF DETROIT, a Municipal Corporation,
DETROIT POLICE OFFICER JEROLD BLANDING
in his Individual Capacity, DETROIT STEVEN TURNER,
in his individual capacity, DETROIT POLICE OFFICER
DAN BRYANT, in his individual capacity,

    Defendants,

_____/

FILED

FEB 25 2:40 PM '00

U.S. D.C. Case No. 99-71841

Hon. John Corbett O'Meara
Magistrate Steven Pepe

| | |
|---|---|
| **DAVID A. ROBINSON P38754**<br>*DAVID A. ROBINSON & ASSOCIATES*<br>Attorney for Plaintiffs<br>29200 Southfield, Suite 207<br>Southfield, MI 48076<br>(248) 423-7234 | **JACOB SCHWARZBERG P37693**<br>*CITY OF DETROIT LAW DEPT.*<br>Attorney for Defendants<br>1650 First National Building<br>Detroit, MI 48226<br>(313) 237-3036 |

_____/

## STIPULATED ORDER
## REMANDING CASE TO WAYNE COUNTY CIRCUIT COURT
## AND DISMISSING ALL FEDERAL CLAIMS

    At a session of said Court, held in the City of Detroit,
County of Wayne, State of Michigan on: **FEB 25 2000**

    PRESENT: HON. **JOHN CORBETT O'MEARA**
                             **U.S. DISTRICT JUDGE**

    The Court having issued an Order to Show Cause the parties and after a hearing have agreed to withdraw any allegations raising a federal question, and the Court being fully advised in the premises;

    NOW THEREFORE;



1

IT IS HEREBY ORDERED that the above-captioned matter is remanded to the Wayne County Circuit Court.

IT IS FURTHER ORDERED that all federal claims as to the above captioned matter is dismissed.

_____
U.S. DISTRICT JUDGE

*Approved as to form:*

_____
**DAVID A. ROBINSON P38754**
Attorney for Plaintiff

_____
**JACOB SCHWARZBERG P37693**
Attorney for Defendants

2-23-00

2